**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Boxer | Amazon | A2Z5Z5UH1NOAHL |
| 2 | dalianyimanshangmaoyo | Amazon | A2511BN8J734I3 |
| 3 | Deer Wild | Amazon | A2GSPMKCS0DRPK |
| 4 | deyangzhiguangshanxi | Amazon | A3TFS8U0TTSESO |
| 5 | don't be afraid | Amazon | A29GRNFIW1NIMZ |
| 6 | DUUGER | Amazon | A1UIC35RVY3TPZ |
| 7 | GuangZhouJiYingMaoYi | Amazon | AFD8IL62EBMXX |
| 8 | guojiahaonb | Amazon | AFKU7IM0J9HI6 |
| 9 | haishangmaoyoux | Amazon | A24403PHNTH7EC |
| 10 | HaoKaiGangJieGou | Amazon | ASP6L8P7MKR1H |
| 11 | henanhongyangzhuangshisheji | Amazon | A1HBK5FQ46WF9F |
| 12 | isikuku | Amazon | A38V0894ZJGJ0V |
| 13 | lilei888999 | Amazon | AOF2WYDC6A5ZH |
| 14 | Lolyland | Amazon | A3M4VP7KGCYSBF |
| 15 | Sam Archie | Amazon | ABMVHKY8MB2V4 |
| 16 | SETCGSQ | Amazon | A1D194C0BBSWUT |
| 17 | Shenzhen Fanshengming Trading Co.Ltd. | Amazon | AY7VEEFTKWDQN |
| 18 | Sktt | Amazon | A9XBDBJTDD9VF |
| 19 | wangyingmiaofuzhuangpu | Amazon | A3S2R5J0SMOJS3 |
| 20 | WJC DDM | Amazon | A2K83DIKKTGLEE |
| 21 | WON JOY | Amazon | A3NRZX5V8AI903 |
| 22 | Xiaobo Pie Business | Amazon | AGVA1PCTWMWGJ |
| 23 | xiaowan store | Amazon | AEFFP9CFGH8E7 |
| 24 | XiDeLi | Amazon | A2BEVP65UK05MJ |
| 25 | XTBH Mall--US | Amazon | A2C3PDPB1KCIZA |
| 26 | YU's Studio | Amazon | AUH0Z835HM6V5 |
| 27 | zhoukoukailongshangmaoyouxiangongsi | Amazon | A2DOGY951220QB |
| 28 | Zqqqq | Amazon | A3DMAK9Z3FOK1X |
| 29 | ACEGGNUA | Walmart | 102661058 |
| 30 | adasgfmagvsaf | Walmart | 102495438 |
| 31 | Ailemik | Walmart | 102762846 |
| 32 | Ailinni | Walmart | 102757451 |
| 33 | anchengxiangsunyibomaoyiyouxia | Walmart | 102491689 |
| 34 | ANMUYUM Home Clearance | Walmart | 101631163 |
| 35 | Anyrain | Walmart | 101556057 |
| 36 | Ariela | Walmart | 102747298 |
| 37 | Ate Facts. Rizz | Walmart | 102497549 |
| 38 | BaiQQQ | Walmart | 102800184 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 39 | beijingqingyueshangmaoyouxiangongsi | Walmart | 102601866 |
| 40 | Benchuan | Walmart | 102736783 |
| 41 | Bingxuan E-Commerce | Walmart | 102911167 |
| 42 | Bubble happy Bubble blue | Walmart | 102900421 |
| 43 | catiae | Walmart | 102807419 |
| 44 | chenan | Walmart | 102815213 |
| 45 | Cheng Yu official store | Walmart | 102852211 |
| 46 | CHENWEIMING | Walmart | 101587260 |
| 47 | ChenXingWireless | Walmart | 101692090 |
| 48 | chuanla | Walmart | 102767467 |
| 49 | Coral Color Beauty | Walmart | 102519593 |
| 50 | CozyHomeCrafts | Walmart | 102722923 |
| 51 | Cubinizer Store | Walmart | 102822403 |
| 52 | Danqing | Walmart | 102593880 |
| 53 | Dark Trade | Walmart | 102851071 |
| 54 | difangpuyua | Walmart | 102502226 |
| 55 | Digicuprint | Walmart | 101613972 |
| 56 | Discover Life | Walmart | 101194741 |
| 57 | dongdong chen | Walmart | 102875446 |
| 58 | Eric Lin | Walmart | 102752460 |
| 59 | Exquisite product store | Walmart | 102777752 |
| 60 | Fangbe | Walmart | 102644741 |
| 61 | First happy happens go | Walmart | 102917826 |
| 62 | foshanshixuandefashangmao | Walmart | 102484095 |
| 63 | GLNaiStore LLC | Walmart | 102480858 |
| 64 | GOGMARTI | Walmart | 101614944 |
| 65 | guangzhouainanmingshangmao | Walmart | 102496992 |
| 66 | guangzhoucailai | Walmart | 102899007 |
| 67 | HaHaLife | Walmart | 102780956 |
| 68 | henanhuirui | Walmart | 102638450 |
| 69 | HEWAS | Walmart | 102572377 |
| 70 | Hongfang Stationery store | Walmart | 101645001 |
| 71 | huileishangmaoyouxiangongsi | Walmart | 102496446 |
| 72 | HXXWE | Walmart | 102717430 |
| 73 | JETOEOOO | Walmart | 101635986 |
| 74 | JFLLamp | Walmart | 102821085 |
| 75 | jiangjiaojian | Walmart | 102774247 |
| 76 | JINGJIE | Walmart | 102846389 |
| 77 | KangWei Li | Walmart | 102854828 |
| 78 | KeYuanXiaQing | Walmart | 102890775 |
| 79 | Kuang Yanbai | Walmart | 102884879 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 80 | KWOPSSA | Walmart | 101617244 |
| 81 | Lagore | Walmart | 102595522 |
| 82 | Lerbo | Walmart | 101639963 |
| 83 | Lihao medical equipment coltd | Walmart | 102500718 |
| 84 | Lijiang Huxue Trading | Walmart | 102867135 |
| 85 | LIULONG | Walmart | 101635548 |
| 86 | LIUYUEBA | Walmart | 102951709 |
| 87 | longqiaoshangmao | Walmart | 102481812 |
| 88 | Lonzony | Walmart | 102506257 |
| 89 | loudishihuangboshangmaoyouxiangongsi | Walmart | 102601711 |
| 90 | Lucky babies | Walmart | 102732350 |
| 91 | Luoshu | Walmart | 102652144 |
| 92 | meifuqi | Walmart | 102744582 |
| 93 | Meteorite Culture | Walmart | 101576209 |
| 94 | mingyuejiguang | Walmart | 102580224 |
| 95 | Moonlight Store | Walmart | 102529445 |
| 96 | MoXun Llc | Walmart | 101670045 |
| 97 | moyeah | Walmart | 101564163 |
| 98 | NingZhiHaoShop | Walmart | 102509016 |
| 99 | OPAL STORE | Walmart | 102784638 |
| 100 | OPPae | Walmart | 102489470 |
| 101 | Perter Parker | Walmart | 101657108 |
| 102 | Promerchant | Walmart | 101598377 |
| 103 | PZCC | Walmart | 102484199 |
| 104 | QeenvyHomelife | Walmart | 102624641 |
| 105 | qiangzizi | Walmart | 102879519 |
| 106 | qing yuan shi hong an ke ji gong cheng you xian gong si | Walmart | 102582772 |
| 107 | Rongnatie | Walmart | 102793260 |
| 108 | RQYQTE | Walmart | 102520033 |
| 109 | SAUIKJHFB | Walmart | 101618330 |
| 110 | sdhhwutty | Walmart | 102876551 |
| 111 | shandingzhixuanshangmao | Walmart | 102510318 |
| 112 | shiwu01 | Walmart | 102720863 |
| 113 | suo | Walmart | 102879987 |
| 114 | Suqiw | Walmart | 102645720 |
| 115 | Swrtt | Walmart | 101566255 |
| 116 | T-buyhome | Walmart | 101591038 |
| 117 | Talich | Walmart | 101256518 |
| 118 | tangmeiyan | Walmart | 102766918 |
| 119 | Tanyan | Walmart | 102765997 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 120 | Tcalm | Walmart | 102720621 |
| 121 | ThiQueen | Walmart | 102836574 |
| 122 | tienur28 | Walmart | 101681973 |
| 123 | ValleyHome | Walmart | 102608350 |
| 124 | Wang Xiaolong ltd. | Walmart | 102584153 |
| 125 | wcg | Walmart | 102887395 |
| 126 | weikeke | Walmart | 102506726 |
| 127 | WIHE | Walmart | 101661395 |
| 128 | WJXYang | Walmart | 101661167 |
| 129 | Wo Things Station | Walmart | 102819694 |
| 130 | WTGERcdsfv | Walmart | 102503425 |
| 131 | xianlieshangmao | Walmart | 102506766 |
| 132 | YangMing | Walmart | 102886257 |
| 133 | YEHOOM | Walmart | 101671726 |
| 134 | Yixiangxiang | Walmart | 101630668 |
| 135 | YoeyezToy | Walmart | 102789679 |
| 136 | Yuhaibing123 | Walmart | 102584925 |
| 137 | YUnxia | Walmart | 102891143 |
| 138 | yusongcool | Walmart | 102753756 |
| 139 | ZD Shopping Mall Co.Ltd | Walmart | 101228380 |
| 140 | ZFBD82 | Walmart | 102756812 |
| 141 | zhangmingjiejiechu | Walmart | 102517391 |
| 142 | zhangyujie | Walmart | 102872727 |
| 143 | ZHENGFU | Walmart | 101275480 |
| 144 | zhuzhudfvz | Walmart | 102890835 |
| 145 | AB BLAC | Temu | 634418225397288 |
| 146 | activeguts | Temu | 634418225075678 |
| 147 | AHRJERK | Temu | 634418226539851 |
| 148 | Art Graffiti Gallery | Temu | 634418225131175 |
| 149 | Artisan Craftworks of shop | Temu | 634418214377707 |
| 150 | Artistic Realm Pavilion | Temu | 634418217627915 |
| 151 | Banana loves tomato | Temu | 634418226823260 |
| 152 | Ben Decoration | Temu | 634418218292688 |
| 153 | blissful bistro | Temu | 634418217851034 |
| 154 | Bonbon Art | Temu | 634418220074173 |
| 155 | BUREIKM | Temu | 634418226539896 |
| 156 | Charmant decoration | Temu | 634418211311390 |
| 157 | Cloud Home Textile Exclusive | Temu | 634418224867383 |
| 158 | Creative Abode of shop | Temu | 634418215104869 |
| 159 | CTCYHYL | Temu | 634418219685250 |
| 160 | DEEMAB | Temu | 634418224395761 |
| 161 | Diverse Art | Temu | 634418220074806 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 162 | Edge WishShape | Temu | 634418222326274 |
| 163 | Elysium Gallery | Temu | 634418221951266 |
| 164 | F VIP CASE | Temu | 634418228161086 |
| 165 | Fanan man C | Temu | 634418224599977 |
| 166 | Fang Yu and Qi Qi office supplies | Temu | 634418222670814 |
| 167 | Fashion Gallery DIY | Temu | 634418218417202 |
| 168 | FU Finsh DDD | Temu | 634418225484493 |
| 169 | General Case | Temu | 634418222748538 |
| 170 | HAHA Poster | Temu | 634418219835092 |
| 171 | Happy Home DIY | Temu | 634418225737824 |
| 172 | HYXXRMNMNA | Temu | 634418224446477 |
| 173 | JHNNS | Temu | 634418224648150 |
| 174 | LancY | Temu | 634418218529223 |
| 175 | lcqgc shop B | Temu | 634418223905877 |
| 176 | LFCL | Temu | 634418227625575 |
| 177 | Luckim Yeah | Temu | 634418224646706 |
| 178 | Maritime Lighthouse | Temu | 634418223521717 |
| 179 | Ming Vault | Temu | 634418225779508 |
| 180 | MiniDream Creations | Temu | 634418217616517 |
| 181 | New Dawn Creations Art | Temu | 634418219635412 |
| 182 | Old boy selling canvas paintin | Temu | 634418214557574 |
| 183 | S yang Home Curtains | Temu | 634418220930297 |
| 184 | sanamier | Temu | 634418225433642 |
| 185 | Serendipitzy | Temu | 634418226273039 |
| 186 | Shopyssey | Temu | 634418225503594 |
| 187 | Six sheep model | Temu | 634418226215493 |
| 188 | SNUEWM | Temu | 634418225027128 |
| 189 | Sports Trend Fifteen Room | Temu | 634418223866585 |
| 190 | SWEETRE | Temu | 634418219684760 |
| 191 | T Flower field | Temu | 634418226448247 |
| 192 | The Divine Dragon | Temu | 634418223487131 |
| 193 | TWOLEZHILIN PAINTING | Temu | 634418226206157 |
| 194 | XannS | Temu | 634418218900749 |