USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__3/30/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

TOHO CO., LTD.,

                     Plaintiff,

        - against -

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                    Defendants.

---

**26-cv-2302 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Show Cause hearing in this matter scheduled for April 3, 2026, at 10:00 a.m. is hereby rescheduled to 2:30 p.m.

    Plaintiff is directed to notify Defendants as to the change in time.

**SO ORDERED.**

Dated:    30 March 2026
          New York, New York

                              _____
                                Victor Marrero
                                U.S.D.J.