USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/3/26___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TOHO CO., LTD.,<br><br>               Plaintiff,<br><br>    - against -<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>               Defendants. | **26-cv-2302 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Show Cause hearing in this matter scheduled for April 3, 2026, at 2:30 p.m. is hereby adjourned to April 17, 2026, at 2:00 p.m.

**SO ORDERED.**

Dated:    3 April 2026
          New York, New York

_____
          Victor Marrero
          U.S.D.J.